REGIS FERNANDEZ, ESQ.
7 Federal Square
Newark, New Jersey 07102
Telephone: 973-297-0002
Cell: 201-787-5584

September 1, 2026

Via Electronic Filing

Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: Torres-Martinez v. Blanche, et al. Civil No. 26-8151 (MCA)
Request to Lift Stay and Voluntarily Dismiss Habeas Petition

Dear Judge Cox Arleo:

I represent Petitioner in the above-referenced habeas matter. Petitioner respectfully requests that the Court lift any stay or restriction currently applicable to this matter so that he may proceed with his intention to voluntarily depart the United States.

Petitioner no longer wishes to pursue the relief requested through the instant habeas petition. Instead, he wishes to voluntarily depart the United States and resolve his immigration matter through his departure. At this time, however, the continued pendency of this matter prevents him from proceeding with his voluntary departure.

Accordingly, Petitioner respectfully requests that the Court lift any stay or restriction applicable to him and permit him to proceed with his voluntary departure. Petitioner further respectfully requests that the Court accept his voluntary dismissal of the instant habeas petition and close this matter.

Petitioner appreciates the Court's consideration of this request and respectfully asks that the matter be dismissed without further proceedings.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ Regis Fernandez
Regis Fernandez, Esquire

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 9/3/26